**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:05-CR-423-RLV-DCK-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **JAMES THOMAS EAKER,** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **QUALITY COMFORT HEATING & A/C,** | ) |
| **INC.,** | ) |
| | ) |
| **Garnishee.** | ) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 10).

**IT IS THEREFORE ORDERED** that upon motion of the United States for the reasons stated therein and for good cause shown, the Writ of Continuing Garnishment (Document No. 6) filed in this case against the Defendant is **DISMISSED**.

**SO ORDERED**.

Signed: May 24, 2021

David C. Keesler
United States Magistrate Judge